HULL, Respondent, v. NEW YORK & H. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Annie M. Hull, individually, etc., against the New York & Harlem Railroad Company and another. A. S. Lyman, for appellants. L. M. Berkeley, for respondent. No opinion. Judgment affirmed, with costs.

In re HULL'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) In the matter of the appraisal of the estate of Wager J. Hull, deceased, under the acts relative to the taxable transfers of property. No opinion. Reargument ordered, and case set down for Monday, January 15, 1906.

HUTCHINSON, Respondent, v. LEONARD SHEET METAL WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Mary Hutchinson, as guardian, etc., against the Leonard Sheet Metal Works. No opinion. Order affirmed, with $10 costs and disbursements.

HYDE, v. ANDERSON et al. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Benjamin Hyde against Charles W. Anderson and others. No opinion. Reargument ordered, and case set down for the first day of the January term, 1906.

INGALLS, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by David H. Ingalls against Albertus D. Perkins and another. No opinion. Judgment and order unanimously affirmed, with costs.

JACKSON et al., Respondents, v. INGALLS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by Edwin M. Jackson and others against Susan J. Ingalls, impleaded, and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

JACOB, Appellant, v. TOWN OF OYSTER BAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Leonard Jacob against the town of Oyster Bay and others. No opinion. Appeal dismissed, without costs.

JACONSCH et al., Appellants, v. STONE, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Arthur C. Jaconsch and Arthur C. Jacobson, Jr., copartners, etc., against Henry S. Stone. No opinion. Judgment and order affirmed, with costs.

J. B. & J. M. CORNELL CO., Respondent, v. BERGER MFG. CO., Appellant, et al. (Supreme Court, Appellate Division, First Depart-ment. December 30, 1905.) Action by the J. B. & J. M. Cornell Company against the Berger Manufacturing Company, impleaded with others. R. W. Keene, for appellant. L. Skidmore, for respondent. No opinion. Judgment affirmed, with costs.

JENNINGS v. HOUSE et al. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Emily C. Jennings against Henry D. House and others. PER CURIAM. Judgment and order affirmed, with costs.
WOODWARD and MILLER, JJ., dissent.

JETTER et al., Respondents, v. SCOLLAN, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Action by George J. Jetter and others against John Scollan. No opinion. Motion granted, upon plaintiffs stipulating that upon affirmance judgment absolute shall be rendered against them.

JOHN CHURCH CO., Respondent, v. PARKINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Action by the John Church Company against William H. Parkinson. PER CURIAM. Judgment and order affirmed, with costs.
NASH, J., not sitting.

JOHN HOFMAN CO., Respondent, v. MURPHY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 3, 1906.) Action by the John Hofman Company against Edward Murphy, 2d, and another. No opinion. Judgment and order affirmed, with costs.

JOHNSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 19, 1906.) Action by Louise Johnson against the city of New York, the Automobile Club of America, Albert R. Shattuck, and others. No opinion. Motion for leave to appeal to the Court of Appeals granted.

JOHNSON COUNTY SAVINGS BANK v. PHILLIPS. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by the Johnson County Savings Bank against George F. Phillips. No opinion. Motion denied, with $10 costs.

KANE, Respondent, v. NEW YORK & T. S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Robert J. Kane against the New York & Texas Steamship Company. No opinion. Judgment and order unanimously affirmed, with costs.

KATZ v. H. & H. MFG. CO. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Maurice J. Katz against the H. & H. Manufacturing Com-